United States District Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

B-21- 707

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Vs | § § | GRAND JURY # 55 |
| DAVID RAMIREZ | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the defendant(s) listed below, it is hereby

ORDERED that a warrant be issued for the arrest of the defendant(s) and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Brownsville Division of this Court, such bail to be taken by a United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **DAVID RAMIREZ** | **NO BOND** |

ENTERED at Brownsville, Texas, this the 20th day of **JULY,** 2021.

UNITED STATES MAGISTRATE JUDGE